| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Administrative Record: **ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR** Civil Case : No.: 10-01642-RMC  (Shovelnose sturgeon Similarity of Appearance) | | | | | | |
| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
| SOA-AR (1) | 10/13/2006 | David Herzog | George Jordan | Email | Mann et al. sentencing | 1 | 000001 |
| SOA-AR (2) | 10/20/2006 | USFWS | | News Release | Three commercial fishermen sentenced in Federal Court for illegal fishing operation | 2 | 000002 |
| SOA-AR (3) | 1/23/2007 | Jane Ledwin | George Jordan | Email | Commercial harvest of shovelnose sturgeon and incidental take of pallid sturgeon | 7 | 000004 |
| SOA-AR (4) | 1/25/2007 | Mike Oetker | George Jordan | Email | Shovelnose harvest and MICRA meeting | 2 | 000011 |
| SOA-AR (5) | 4/12/2007 | Mike Oetker | Pam Thiel, Tracy Hill, Rob Simmonds, Lynn M | Email and attachments | FW: Illinois position on pallid and shovelnose sturgeon issues. | 7 | 0000013 |
| SOA-AR (6) | 4/25/2007 | Ann Carlson | George Jordan | Email | Similarity of appearance summary paper | 4 | 000020 |
| SOA-AR (7) | 4/30/2007 | USFWS | | News Release | Enforcement Task Force Confirms Threats to Endangered Sturgeon | 2 | 000024 |
| SOA-AR (8) | 5/4/2007 | George Scholten | Frank J. Leon and others | Email and attachments | MICRA paddlefish-Sturgeon -2007 Meeting Minutes | 23 | 000026 |
| SOA-AR (9) | 5/11/2007 | Mike Oetker | Henry Maddux and others | Email and attachments | Letter from US Army Corps of Engineers | 4 | 000049 |
| SOA-AR (10) | 2007 | George Jordan | | Presentation | Presentation of Recovery Team concerns and issues with commercial fishing | 34 | 000053 |
| SOA-AR (11) | 2007 | R. E. Colombo and others | | Journal publication | Published journal article titled "Harvest of Mississippi River sturgeons drives abundance and reproductive success: a harbinger of collapse? | 8 | 000087 |
| SOA-AR (12) | 2007 | K. J. Killgore and others | | Journal publication | Published journal article titled "Age and growth of pallid sturgeon in the free-flowing Mississippi River" | 5 | 000095 |
| SOA-AR (13) | 5/14/2007 | Mike Oetker | Wendi Weber and others | Email | DRAFT - Question and answer document for MICRA | 4 | 000100 |
| SOA-AR (14) | 5/21/2007 | Henry Maddux | George Scholten | Email | Final - Question and answer document for MICRA | 3 | 000104 |
| SOA-AR (15) | 5/21/2007 | Henry Maddux | Wendi Weber and others | Email | Final - Question and answer document for MICRA | 8 | 000107 |
| SOA-AR (16) | 6/26/2007 | Michael Olson | Henry Maddux and others | Email | Draft minutes of the MICRA executive board | 11 | 000115 |
| SOA-AR (17) | 6/13/2007 | USFWS | | Document | Pallid Sturgeon 5-year review | 120 | 000126 |
| SOA-AR (18) | 7/3/2007 | George Scholten | Catherine Murphy and Jack Killgore | Email | Email regarding Tennessee's efforts to close commercial shovelnose fishing | 1 | 000246 |
| SOA-AR (19) | 7/30/2007 | Michael Olson | Steve Krentz and others | Email and attachments | USFWS response to US Army Corps of Engineers letter | 3 | 000247 |
| SOA-AR (20) | 8/21/2007 | Joyce Collins | George Jordan | Email and attachments | Proposed Illinois regulations for roe/sturgeon harvest | 20 | 000250 |

| | Administrative Record: **ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR** Civil Case : No.: 10-01642-RMC (Shovelnose sturgeon Similarity of Appearance) | | | | | | |
|---|---|---|---|---|---|---|---|
| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
| SOA-AR (21) | 8/29/2007 | Bill Reeves | Mike Conlin, Steve Eder, Benjy Kinman | Letter | Letter from Tennessee announcing proposed sturgeon regulation changes | 3 | 000270 |
| SOA-AR (22) | 2007 | Pallid Sturgeon Recovery Team | | Document | Pallid Sturgeon Recovery Team 2007 Meeting minutes | 23 | 000273 |
| SOA-AR (23) | 9/16/2007 | David Herzog | George Jordan and others | Email and attachments | State of Missouri preparing to respond to Illinois Regulation changes | 3 | 000296 |
| SOA-AR (24) | 9/24/2007 | Mike Stempel | Henry Maddux and others | Email | Assistant regional director | | 000299 |
| SOA-AR (25) | 9/26/2007 | Henry Maddux | George Jordan | Email | SOA discussion | 3 | 000301 |
| SOA-AR (26) | 10/11/2007 | Henry Maddux | George Jordan | Email and attachments | Briefing paper | 4 | 000304 |
| SOA-AR (27) | 10/31/2007 | Henry Maddux | Mike Stempel and others | Email and attachments | Briefing paper | 4 | 000308 |
| SOA-AR (28) | 11/14/207 | Mike Stempel | Gerry Jackson and others | Email and attachments | Briefing paper | 8 | 000312 |
| SOA-AR (29) | 12/3/2007 | Mike Stempel | Jay Slack and others | Email | SOA shovelnose | 1 | 000320 |
| SOA-AR (30) | 12/11/2007 | Mike Stempel | Gerry Jackson and others | Email | SOA shovelnose | 1 | 000321 |
| SOA-AR (31) | 12/12/2007 | George Jordan | Mike Stempel and others | Email | Email discussion about the effects of the rule if developed. | 3 | 000322 |
| SOA-AR (32) | 12/14/2007 | Mike Oetker | Noreen Walsh and others | Email | Questions related to the proposed rule | 3 | 000325 |
| SOA-AR (33) | 12/19/2007 | George Jordan | Mike Oetker and others | Email | Response to Questions related to proposed rule | 4 | 000328 |
| SOA-AR (34) | 12/21/2007 | Mike Oetker | Thomas Sinclair and others | Email | Response to Questions related to proposed rule | 7 | 000332 |
| SOA-AR (35) | 1/11/2008 | Henry Maddux | Mike Oetker and others | Email and attachments | State regulations, Q& A related to SOA, map | 6 | 000339 |
| SOA-AR (36) | 1/23/2008 | | | Web-based news article | Article on illegal take of pallid sturgeon. | 2 | 000345 |
| SOA-AR (37) | 1/15/2008 | Seth Willey | George Jordan and others | Email and attachments | Draft advance notice of proposed rule making | 8 | 000345 |
| SOA-AR (38) | 1/25/2008 | Seth Willey | Mike Stempel and others | Email and attachments | Revised draft advance notice of proposed rule making | 10 | 000355 |
| SOA-AR (39) | 1/25/2008 | George Scholten | George Jordan | Email and attachments | State regulations | 3 | 000365 |
| SOA-AR (40) | 1/25/2008 | George Scholten | George Jordan | Email | Tennessee fishing regulations | 1 | 000368 |
| SOA-AR (41) | 1/29/2008 | Seth Willey | Mike Stempel and others | Email and attachments | Example of Federal Register notice | 6 | 000369 |
| SOA-AR (42) | 1/30/2008 | Henry Maddux | Mike Oetker and others | Email | Draft ideas for power point presentation | 2 | 000375 |
| SOA-AR (43) | 1/31/2008 | George Scholten | George Jordan | Email | Data request | 2 | 000377 |

| | Administrative Record: ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR<br>Civil Case : No.: 10-01642-RMC (Shovelnose sturgeon Similarity of Appearance) | | | | | | |
|---|---|---|---|---|---|---|---|
| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
| SOA-AR (44) | 2/1/2008 | George Scholten | George Jordan and others | Email | Information on TN Commercial Sturgeon Fishers | 1 | 000379 |
| SOA-AR (45) | 2/4/2008 | Rob Maher | George Jordan | Email | Information on IL Commercial Sturgeon Fishers | 1 | 000380 |
| SOA-AR (46) | 2/5/2008 | Bill Posey | George Scholten and others | Email | Information on AR Commercial Sturgeon Fishers | 2 | 000381 |
| SOA-AR (47) | 2/5/2008 | Chris O'Bara | Dan Burleson and others | Email | Meeting invitation | 2 | 000383 |
| SOA-AR (48) | 2/8/2008 | Kirk Hansen | George Jordan and others | Email | Information on IA Commercial Sturgeon Fishers | 2 | 000385 |
| SOA-AR (49) | 2/8/2008 | Michelle Marron | George Jordan and others | Email | Information on WI Commercial Sturgeon Fishers | 2 | 000387 |
| SOA-AR (50) | 2/8/2008 | Mike Stempel | George Jordan and Henry maddux | Email | Email relating to emergency listing of shovelnose under SOA | 2 | 000389 |
| SOA-AR (51) | 2/13/2008 | Doug Henley | George Jordan and others | Email | Information on KY Commercial Sturgeon Fishers | 1 | 000391 |
| SOA-AR (52) | 2/19/2008 | Vince Travnichek | George Jordan | Email | Information on MO Commercial Sturgeon Fishers | 2 | 000392 |
| SOA-AR (53) | 2/20/2008 | Vince Travnichek | George Jordan | Email and attachments | Harvest tables for Missouri | 8 | 000394 |
| SOA-AR (54) | 2/20/2008 | Bill Posey | George Jordan | Email | Clarification of AR commercial sturgeon harvest regulations | 5 | 000402 |
| SOA-AR (55) | 2/20/2008 | Bill Posey | George Jordan | Email | Clarification of AR commercial sturgeon harvest regulations | 4 | 000407 |
| SOA-AR (56) | 2/21/2008 | George Jordan | Mike Oetker and others | Email and attachments | Power point slides for draft presentation on SOA | 23 | 000411 |
| SOA-AR (57) | 2/29/2008 | George Jordan | Henry Maddux and others | Email | MICRA meeting summary by George Jordan | 2 | 000434 |
| SOA-AR (58) | 2/29/2008 | George Jordan | Greg Conover | Email and attachments | George's comments on draft MICRA meeting minutes | 16 | 000436 |
| SOA-AR (59) | 3/3/2008 | George Scholten | George Jordan | Email and attachments | Draft MICRA workgroup meeting product | 2 | 000452 |
| SOA-AR (60) | 3/12/2008 | USFWS | | Presentation | SOA presentation final draft | 30 | 000454 |
| SOA-AR (61) | 3/12/2008 | George Jordan | Noreen Walsh and others | email | Email announcing SOA presentation final draft availability | 1 | 000484 |
| SOA-AR (62) | Mar-08 | MICRA | | meeting minutes | Comments on draft minutes of the MICRA sturgeon workgroup meeting | 15 | 000485 |
| SOA-AR (63) | 3/14/2008 | George Scholten | George Jordan | email | Sturgeon Working Group meeting | 2 | 000500 |
| SOA-AR (64) | 3/14/2008 | George Scholten | George Jordan | Email and attachments | Tennessee Wildlife comments/position on sturgeon workgroup meeting | 3 | 000502 |
| SOA-AR (65) | 3/18/2008 | Greg Conover | Chris O'Bara and others | Email and attachments | Draft summaries of the strategies from the MICRA sturgeon workgroup meeting | 9 | 000505 |

| | | | | | Administrative Record: **ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR** Civil Case : No.: 10-01642-RMC  (Shovelnose sturgeon Similarity of Appearance) | | |
|---|---|---|---|---|---|---|---|
| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
| SOA-AR (66) | 3/20/2008 | Chris hunter | Greg Conover and others | Email | MT response to strategies from the MICRA sturgeon workgroup meeting | 4 | 000514 |
| SOA-AR (67) | 3/20/2008 | Mike Stone | Greg Conover and others | Email | WY response to strategies from the MICRA sturgeon workgroup meeting | 5 | 000518 |
| SOA-AR (68) | 3/21/2008 | Marion Conover | Greg Conover and others | Email and attachments | IA response and comments to strategies from the MICRA sturgeon workgroup meeting | 12 | 000523 |
| SOA-AR (69) | 3/28/2008 | Seth Willey | George Jordan | Email | Greenwire article about Russian proposal for ban Caspian Sea sturgeon fishing | 1 | 000535 |
| SOA-AR (70) | 4/1/2008 | | | Article | Azerbaijan ready to back Russian offer of moratorium on catch of sturgeon | 1 | 000536 |
| SOA-AR (71) | 4/1/2008 | Bill Reeves | Bill Posey and others | Email and attachments | TN comments regarding MICRA strategy | 6 | 000537 |
| SOA-AR (72) | 4/4/2008 | Greg Conover | Steve Adams and others | Email | Email announcing revised minutes from Sturgeon Working Group meeting March 19 in Collinsville, IL | 1 | 000543 |
| SOA-AR (73) | 4/4/2008 | Greg Conover | | Meeting Minutes | Minutes from Sturgeon Working Group meeting March 19 in Collinsville, IL | 13 | 000544 |
| SOA-AR (74) | 4/5/2008 | Greg Conover | | meeting minutes | Attachment 1 to Minutes from Sturgeon Working Group meeting March 19 in Collinsville, IL | 12 | 000557 |
| SOA-AR (75) | 5/21/2008 | Seth Willey | George Jordan and others | Email and attachments | Draft of proposed SOA rule | 24 | 000593 |
| SOA-AR (76) | 7/8/2008 | Seth Willey | Maricela Constanton and others | Email and attachments | Draft Federal Register Notice | 30 | 000570 |
| SOA-AR (77) | 7/9/2008 | Paul Hartfield | George Jordan | Email | Discussion of SOA rule boundaries | 4 | 000623 |
| SOA-AR (78) | 7/9/2008 | George Jordan | Henry Maddux and others | Email | Discussion of SOA rule boundaries | 2 | 000627 |
| SOA-AR (79) | 7/9/2008 | Charlie Scott | George Jordan and others | Email and attachments | Determinations in SOA rules and Caiman SOA rule | 17 | 000629 |
| SOA-AR (80) | 7/9/2008 | Paul Hartfield | George Jordan and Kelly Bibb | Email and attachments | Determinations in SOA rules and comments on draft rule | 27 | 000646 |
| SOA-AR (81) | 7/11/2008 | Tracy Hill | George Jordan | Email | SOA presentation at the MAFWA | 2 | 000673 |
| SOA-AR (82) | 7/11/2008 | Seth Willey | George Jordan | Email | Required Determinations for SOA listings | 2 | 000675 |
| SOA-AR (83) | 7/11/2008 | Seth Willey | George Jordan | Email | Required Determinations for SOA listings cont. | 3 | 000677 |
| SOA-AR (84) | 7/11/2008 | Seth Willey | George Jordan | Email | Required Determinations for SOA listings cont. | 4 | 000680 |
| SOA-AR (85) | 7/11/2008 | Seth Willey | George Jordan | Email | Fw: follow-up on SOA bp and required determinations | 1 | 000684 |
| SOA-AR (86) | 7/15/2008 | Seth Willey | George Jordan and Henry maddux | Email and attachments | Suggested edits to proposed rule | 26 | 000685 |
| SOA-AR (87) | 7/16/2008 | Seth Willey | George Jordan | Email | Edits and suggestions for proposed rule. | 3 | 000711 |
| SOA-AR (88) | 7/16/2008 | Kelly Bibb | Seth Willey and George Jordan | Email and attachments | Edits and suggestions for proposed rule. | 26 | 000714 |

| | Administrative Record: ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR | | | | | | |
|---|---|---|---|---|---|---|---|
| | Civil Case : No.: 10-01642-RMC  (Shovelnose sturgeon Similarity of Appearance) | | | | | | |
| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
| SOA-AR (89) | 8/8/2008 | Mike Stempel | TJ Miller and others | Email | RE: Meeting with MICRA | 2 | 000740 |
| SOA-AR (90) | 8/21/2008 | Mary Curtis | George Jordan and others | Email | Re: Genetic question on species ID (pallid vs. shovelnose) | 3 | 000742 |
| SOA-AR (91) | 8/22/2008 | Greg Conover | George Jordan | Email | Minutes from the MICRA Sturgeon Working Group February 26-27, 2008 in Nebraska City, NE | 21 | 000745 |
| SOA-AR (92) | 8/25/2008 | Seth Willey | Kelly Bibb and others | Email and attachments | Final regional draft of proposed SOA rule review request | 22 | 000766 |
| SOA-AR (93) | 8/26/2008 | George Scholten | George Jordan | Email and attachments | Harvest Data | 2 | 000788 |
| SOA-AR (94) | 8/28/2008 | George Scholten | George Jordan | Email and attachments | Kentucky Harvest Data | 3 | 000790 |
| SOA-AR (95) | 9/12/2008 | George Scholten | George Jordan | Email and attachments | Sturgeon Harvest Data | 3 | 000793 |
| SOA-AR (96) | 9/16/2008 | Rob Maher | George Jordan | Email and attachments | Illinois Sturgeon Harvest Data | 3 | 000796 |
| SOA-AR (97) | 10/6/2008 | Seth Willey | Terri Debin and others | Email and attachments | Shovelnose sturgeon SOA proposed listing rule - request for legal sufficiency review | 27 | 000799 |
| SOA-AR (98) | 10/17/2008 | Chris O'Bara | Steve Guertin and Others | Memorandum | MICRA Approach to the Management of Shovelnose Sturgeon within the Sympatric Range of Pallid Sturgeon | 11 | 000826 |
| SOA-AR (99) | 10/24/2008 | Seth Willey | Kelly Bibb and others | Email and attachments | Concurrence request | 3 | 000837 |
| SOA-AR (100) | 12/10/2008 | Seth Willey | Maricela Constantion and others | Email | Comments on draft proposed rule | 2 | 000840 |
| SOA-AR (101) | 12/17/2008 | Phil Bettoli | George Jordan | Email and attachments | Link and report "Bycatch of pallid sturgeon in a commercial fishery for shovelnose sturgeon" | 24 | 000842 |
| SOA-AR (102) | 12/18/2008 | Seth Willey | George Jordan and others | Email and attachments | Comments on draft proposed rule | 24 | 000866 |
| SOA-AR (103) | 12/19/2008 | Maricela Constantio | Seth Willey and others | Email | Guidance on comments | 2 | 000890 |
| SOA-AR (104) | 12/19/2008 | Seth Willey | George Jordan | Email | Law Enforcement comments on draft proposed rule | 3 | 000892 |
| SOA-AR (105) | 12/19/2008 | Regional Director, R3 | Regional Director, R6 | Memorandum | Concurrence with findings | 1 | 000895 |
| SOA-AR (106) | 12/24/2008 | Regional Director, R6 | Chris O'Bara | Letter | Response to letter from MICRA | 2 | 000896 |
| SOA-AR (107) | 12/29/2008 | Seth Willey | Aaron Valenta and others | Email and attachments | Updated shovelnose SOA rule for review | 26 | 000898 |
| SOA-AR (108) | 12/31/2008 | Warren Buhl | Seth Willey | Email | Discussion of hybrid protection in SOA rule | 2 | 000924 |
| SOA-AR (109) | 1/8/2009 | Seth Willey | Joyce Collins and others | Email | Updated SOA rule, discussion about 10(a)1(A) permits for shovelnose sturgeon. | 4 | 000926 |
| SOA-AR (110) | 1/8/2009 | Seth Willey | George Jordan | Email | Discussion on Hybrid sturgeon under the SOA rule | 3 | 000930 |

| | | | | | Administrative Record: ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR Civil Case : No.: 10-01642-RMC (Shovelnose sturgeon Similarity of Appearance) | | |
|---|---|---|---|---|---|---|---|
| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
| SOA-AR (111) | 1/9/2009 | Warren Buhl | Seth Willey and others | Email and attachments | Law enforcement comments on revision with hybrid sturgeon language | 25 | 000933 |
| SOA-AR (112) | 1/9/2009 | Seth Willey | Michelle Morgan and others | Email and attachments | Resubmission of slightly revised SOA rule | 25 | 000958 |
| SOA-AR (113) | 2/3/2009 | George Scholten | unknown | Email and attachments | Published journal article titled "Bycatch of the endangered pallid sturgeon (Scaphirhynchus albus) in a commercial fishery for shovelnose sturgeon (Scaphirhynchus platorynchus)" by Bettoli et al. | 5 | 000983 |
| SOA-AR (114) | 2/4/2009 | Seth Willey | George Jordan | Email and attachments | Comments related to submission of SOA Rule | 23 | 000988 |
| SOA-AR (115) | 2/4/2009 | Seth Willey | Debby Crouse and others | Email and attachments | Responses to comments | 24 | 001011 |
| SOA-AR (116) | 3/3/2009 | George Jordan | MRRIC | presentation | SOA overview presentation at Missouri River Recovery Implementation Committee (MRRIC), 2-5 March 2009, Overland Park, Kansas | 15 | 001035 |
| SOA-AR (117) | 3/3/2011 | Illinois Division of Fisheries | MRRIC | presentation | Presentation at Missouri River Recovery Implementation Committee (MRRIC), 2-5 March 2009, Overland Park, Kansas | 21 | 001050 |
| SOA-AR (118) | 3/3/2011 | Missouri Department of Conservation | MRRIC | presentation | Presentation at Missouri River Recovery Implementation Committee (MRRIC), 2-5 March 2009, Overland Park, Kansas | 19 | 001071 |
| SOA-AR (119) | Unknown | MRRIC | Unknown | Meeting Notes | Minutes of the Missouri River Recovery Implementation Committee (MRRIC), 2-5 March 2009, Overland Park, Kansas | 47 | 001090 |
| SOA-AR (120) | 3/4/2005 | Henry Maddux | Seth Willey and others | Email | Concerns over 4(d) rule and take provisions in proposed SOA rule | 3 | 001137 |
| SOA-AR (121) | 3/4/2009 | Debby Crouse | Seth Willey and others | Email and attachments | Comments/revisions to SOA rule | 26 | 001140 |
| SOA-AR (122) | 3/4/2009 | Seth Willey | Debby Crouse and others | Email | Request withdrawal of proposed rule for revision | 1 | 001166 |
| SOA-AR (123) | 3/5/2009 | Paul Hartfield | George Jordan and others | Email | suggestions for SOA revision | 3 | 001167 |
| SOA-AR (124) | 3/5/2009 | Seth Willey | George Jordan | Email | prohibitions of 50 CFR 17.31 and provisions of 50 CFR 17.32 | 2 | 001170 |
| SOA-AR (125) | 3/10/2009 | Seth Willey | Bridget Fahey and others | Email and attachments | Revised proposed SOA rule | 24 | 001172 |
| SOA-AR (126) | 3/24/2009 | George Jordan | Bridget Fahey and others | Email and attachments | Revised proposed SOA rule 03-24-2009 | 23 | 001196 |
| SOA-AR (127) | 3/30/2009 | Bridget Fahey | George Jordan and others | Email and attachments | Revised proposed SOA rule 03-30-09 | 30 | 001219 |

| | Administrative Record: ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR<br>Civil Case : No.: 10-01642-RMC  (Shovelnose sturgeon Similarity of Appearance) | | | | | | |
|---|---|---|---|---|---|---|---|
| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
| SOA-AR (128) | 3/31/2009 | Bridget Fahey | George Jordan and others | Email and attachments | Revised proposed SOA rule 03-30-09 | 33 | 001249 |
| SOA-AR (129) | 4/7/2009 | Bridget Fahey | Margot Zallen and others | Email and attachments | Revised proposed SOA rule 04-07-09 | 24 | 001282 |
| SOA-AR (130) | 4/22/2009 | Seth Willey | Richard nelson and others | Email and attachments | Revised proposed SOA rule 04-22-09 | 22 | 001306 |
| SOA-AR (131) | 5/1/2009 | Seth Willey | Laura Ragan and others | Email and attachments | Revised proposed SOA rule 05/10/2009 | 25 | 001328 |
| SOA-AR (132) | 5/8/2009 | Seth Willey | George Jordan | Email and attachments | Comments from Region 3 Fisheries | 2 | 001353 |
| SOA-AR (133) | 5/8/2009 | Seth Willey | George Jordan | Email | Comments from Region 3 Law Enforcement | 3 | 001355 |
| SOA-AR (134) | 5/8/2009 | Seth Willey | Laura Ragan and others | Email and attachments | Response/revision based on Region 3 comments | 24 | 001358 |
| SOA-AR (135) | 5/11/2009 | Seth Willey | Laura Ragan and others | Email and attachments | Revised SOA rule 05/11/2009 | 22 | 001382 |
| SOA-AR (136) | 5/26/2009 | Regional Director, R3 | Regional Director, R6 | Memorandum | Concurrence with findings | 1 | 001404 |
| SOA-AR (137) | 6/17/2009 | Seth Willey | George Jordan and others | Email and attachments | status update of proposed SOA rule | 29 | 001405 |
| SOA-AR (138) | 6/18/2009 | Regional Director, Southeast Region | Regional Director, Mountain Prairie region | Memorandum | Concurrence with findings | 1 | 001434 |
| SOA-AR (139) | 6/25/2009 | Seth Willey | George Jordan | Email and attachments | Edits to SOA rule 06/24/2009 | 24 | 001435 |
| SOA-AR (140) | 6/29/2009 | Greg Conover | George Jordan | Email and attachments | MICRA Sturgeon study update. | 11 | 001459 |
| SOA-AR (141) | 6/30/2009 | Bernard Kuhajda | George Jordan | Email | Shovelnose Historic Distribution | 3 | 001470 |
| SOA-AR (142) | 7/1/2009 | Seth Willey | George Jordan | Email and attachments | Proposed shovelnose SOA for final review | 25 | 001473 |
| SOA-AR (143) | 7/15/2009 | Debby Crouse | Seth Willey and George Jordan | Email and attachments | Comments on Shovelnose sturgeon Federal Register notice | 23 | 001498 |
| SOA-AR (144) | 7/27/2009 | Debby Crouse | George Jordan | Email | Response to comments | 4 | 001521 |
| SOA-AR (145) | 8/3/2009 | Seth Willey | George Jordan | Email | Discussion about language in 4(d) section | 5 | 001525 |
| SOA-AR (146) | 8/24/2009 | Seth Willey | Warren Buhl and others | Email and attachments | Review and request for comments on 4(d) section language | 8 | 001530 |
| SOA-AR (147) | 8/25/2009 | Warren Buhl | Seth Willey and others | Email | Region 3 law Enforcement response to 4(d) language revision | 2 | 001538 |
| SOA-AR (148) | 9/1/2009 | Unknown | unknown | Signature pages | Surname and approval of SOA rule | 4 | 001540 |
| SOA-AR (149) | 9/14/2009 | Seth Willey | George Jordan | Email and attachments | FW of an 08/28/2009 message with comments on rule | 25 | 001544 |
| SOA-AR (150) | 9/15/2009 | Debby Crouse | Seth Wiley and others | Email | Announcement of proposed SOA rule being shipped to Federal Register for publication | 1 | 001569 |

| | | | | Administrative Record: **ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR** Civil Case : No.: 10-01642-RMC (Shovelnose sturgeon Similarity of Appearance) | | |
|---|---|---|---|---|---|---|
| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
| SOA-AR (151) | 9/16/2009 | Debby Crouse | Seth Willey and George Jordan | email | Copy of proposed rule shipped to Federal Register | 27 | 001570 |
| SOA-AR (152) | 9/22/2009 | George Jordan | Sturgeon listserv | Email and attachments | Announcement and copy of proposed SOA rule published in the Federal Register | 9 | 001597 |
| SOA-AR (153) | unknown | USFWS | | | Regulations ready for review document | 1 | 001606 |
| SOA-AR (154) | unknown | John Arhling | USFWS | Public comment | Public comment on proposed SOA rule | 1 | 001607 |
| SOA-AR (155) | unknown | Edwin Nichols | USFWS | Request for hearing | Public hearing request on proposed SOA rule | 1 | 001608 |
| SOA-AR (156) | 11/1/2009 | Kirby Marsden | USFWS | Request for hearing | Public hearing request on proposed SOA rule | 1 | 001609 |
| SOA-AR (157) | 11/2/2009 | James Chisholm | USFWS | Request for hearing | Public hearing request on proposed SOA rule | 1 | 001610 |
| SOA-AR (158) | 11/2/2009 | Perry Chisholm | USFWS | Request for hearing | Public hearing request on proposed SOA rule | 1 | 001611 |
| SOA-AR (159) | 10/25/2009 | Clifford Rost | USFWS | Request for hearing | Public hearing request on proposed SOA rule | 1 | 001612 |
| SOA-AR (160) | unknown | Terry McNew | USFWS | Request for hearing | Public hearing request on proposed SOA rule | 1 | 001613 |
| SOA-AR (161) | Unknown | WM. Leroy Matlick | USFWS | Request for hearing | Public hearing request on proposed SOA rule | 1 | 001614 |
| SOA-AR (162) | 9/24/2009 | Diane Katzenberger | George Jordan and Seth Willey | Email and attachments | Contact grid for proposed rule announcement | 10 | 001615 |
| SOA-AR (163) | unknown | unknown | unknown | list | Montana County officials contact grid for proposed rule announcement | 2 | 001625 |
| SOA-AR (164) | 9/28/2009 | Kelly Bibb | Connie Dickard and others | email | Outreach in Region 4/ Contact grid discussion | 3 | 001627 |
| SOA-AR (165) | 9/28/2009 | Deborah Fuller | George Jordan and others | email | Outreach in Region 4/ Contact grid discussion | 3 | 001630 |
| SOA-AR (166) | | Deborah Fuller | George Jordan | document | Tennessee contact grid discussion | 5 | 001633 |
| SOA-AR (167) | | Deborah Fuller | George Jordan | document | Louisiana contact grid | 17 | 001638 |
| SOA-AR (168) | 9/30/2009 | Seth Willey | George Jordan | email | compliance with 4(b)(5)(A)(ii) | 3 | 001655 |
| SOA-AR (169) | 10/1/2009 | Seth Willey | Jean Clemens | email and attachments | public/legal notice | 2 | 001658 |
| SOA-AR (170) | 10/2/2009 | Seth Willey | George Jordan | email | Legal notice distribution in Missouri and Illinois | 2 | 001660 |
| SOA-AR (171) | 11/9/2009 | George Jordan | Seth Wiley and others | email and attachments | summary of dialog with those requesting a public hearing | 4 | 001662 |
| SOA-AR (172) | 11/13/2009 | Seth Willey | George Jordan and others | email and attachments | Discussion on public hearing date and draft Federal Register notice to announce public hearing | 12 | 001666 |
| SOA-AR (173) | 11/30/2009 | Seth Willey | Debby Crouse and others | email and attachments | Proposal to reopen public comment period, public hearing, and briefing paper | 12 | 001678 |

| | | | | | Administrative Record: ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR Civil Case : No.: 10-01642-RMC  (Shovelnose sturgeon Similarity of Appearance) | | |
|---|---|---|---|---|---|---|---|
| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
| SOA-AR (174) | 12/7/2009 | Seth Willey | George Jordan and others | email | public hearing planning | 3 | 001690 |
| SOA-AR (175) | 12/7/2009 | Seth Willey | Debby Crouse and others | email and attachments | revision to federal register announcement of public hearing | 12 | 001693 |
| SOA-AR (176) | 12/9/2009 | Laura Ragan | Seth Willey and George Jordan | email and attachments | newspaper notice in St. Louis Post Dispatch | 2 | 001705 |
| SOA-AR (177) | 12/17/2009 | Debby Crouse | Seth Willey and George Jordan | email and attachments | revision to federal register announcement of public hearing | 9 | 001707 |
| SOA-AR (178) | 1/7/2010 | George Jordan | Jane Ledwin and others | email | Discussion related to planning of public hearing | 4 | 001716 |
| SOA-AR (179) | 1/8/2010 | Seth Willey | George Jordan | Email and attachments | shovelnose SOA hearing and reopen - signature and surname pages | 3 | 001720 |
| SOA-AR (180) | 1/14/2010 | Seth Willey | Aaron Woldt and others | Email and attachments | Announcement in Federal Register reopening public comment period and announcement of public hearing | 4 | 001723 |
| SOA-AR (181) | 1/28/2010 | George Jordan | Public Hearing participants | Presentation | Presentation provided at January 28, 2010 public hearing in Cape Girardeau. MO | 4 | 001723 |
| SOA-AR (182) | 1/28/2010 | Midwest Litigation Services | USFWS | Transcript | Proceedings of the January 28, 2010 public hearing in Cape Girardeau. MO | 31 | 001741 |
| SOA-AR (183) | unknown | USFWS | | | Regulations Ready for Review from January through March 2010 | 1 | 001772 |
| SOA-AR (184) | 9/21/2009 | George Jordan | Dr. Carl Korschgen | Letter | Request for peer review of proposed rule | 2 | 001773 |
| SOA-AR (185) | 9/21/2009 | George Jordan | Richard Mayden | Letter | Request for peer review of proposed rule | 2 | 001775 |
| SOA-AR (186) | 9/21/2009 | George Jordan | Dr. Edward James Peters | Letter | Request for peer review of proposed rule | 2 | 001777 |
| SOA-AR (187) | 9/21/2009 | George Jordan | Dr. Tim Spier | Letter | Request for peer review of proposed rule | 2 | 001779 |
| SOA-AR (188) | 9/21/2009 | George Jordan | Dr. James D. Williams | Letter | Request for peer review of proposed rule | 2 | 001781 |
| SOA-AR (189) | 10/26/2009 | Dr. Edward James Peters | George Jordan | letter | Peer review of proposed rule | 2 | 001783 |
| SOA-AR (190) | 11/5/2009 | Dr. Tim Spier | George Jordan | letter | Peer review of proposed rule | 3 | 001785 |
| SOA-AR (191) | 11/16/2009 | Dr. Carl Korschgen | George Jordan | letter | Peer review of proposed rule | 3 | 001788 |
| SOA-AR (192) | 9/22/2009 | | | Federal Register document | Proposed Rule | 6 | 001791 |
| SOA-AR (193) | 10/14/2009 | Scott Henderson | USFWS | letter | Arkansas Game and Fish comments on proposed rule | 1 | 001797 |
| SOA-AR (194) | 11/2/2009 | Neal D. Suess | USFWS | letter | Loup Power District's  comments on proposed rule | 1 | 001798 |
| SOA-AR (195) | Unknown | Loren Stropes | USFWS | letter | Public hearing request on proposed SOA rule | 1 | 001799 |
| SOA-AR (196) | Unknown | Wm Leroy Matlick | USFWS | letter | Public hearing request on proposed SOA rule (duplicate of SOA-AR (161)) | 1 | 001800 |
| SOA-AR (197) | 11/24/2009 | K. Collins | USFWS | Public Submission | Public comment on proposed SOA rule | 1 | 001801 |

| | Administrative Record: ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR<br>Civil Case : No.: 10-01642-RMC  (Shovelnose sturgeon Similarity of Appearance) | | | | | | |
|---|---|---|---|---|---|---|---|
| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
| SOA-AR (198) | 11/3/2009 | Ronald Hall | USFWS | letter | Public hearing request on proposed SOA rule | 1 | 001802 |
| SOA-AR (199) | 11/15/2009 | Kathryn P. Rost | USFWS | letter | Public comment on proposed SOA rule | 1 | 001803 |
| SOA-AR (200) | 11/19/2009 | Joe Larscheid | USFWS | letter | Iowa Department of Natural Resources comment on proposed SOA rule | 2 | 001804 |
| SOA-AR (201) | 11/20/2009 | John Emmerich | USFWS | letter | Wyoming Game and Fish Department comment on proposed SOA rule | 2 | 001806 |
| SOA-AR (202) | 11/24/2009 | Kirby Marsden | USFWS | Public Submission | Public comment on proposed SOA rule | 2 | 001808 |
| SOA-AR (203) | 11/17/2009 | Marc Miller | USFWS | letter | Illinois Department of Natural Resources comment on proposed SOA rule | 22 | 001810 |
| SOA-AR (204) | 11/19/2009 | John D. Hoskins | USFWS | letter | Missouri Department of Conservation comment on proposed SOA rule | 3 | 001832 |
| SOA-AR (205) | 11/19/2009 | David J. Poganis | USFWS | letter | U.S. Army Corps of Engineers comment on proposed SOA rule | 4 | 001835 |
| SOA-AR (206) | 11/18/2009 | Charles Callaway | USFWS | letter | Public comment on proposed SOA rule | 2 | 001839 |
| SOA-AR (207) | 11/20/2009 | John Emmerich | USFWS | letter | Wyoming Game and Fish Department comment on proposed SOA rule (duplicate of SOA-AR (201)) | 2 | 001841 |
| SOA-AR (208) | 11/19/2009 | Joe Larscheid | USFWS | letter | Iowa Department of Natural Resources comment on proposed SOA rule (duplicate of SOA-AR (200)) | 2 | 001843 |
| SOA-AR (209) | 11/23/2009 | Kenneth W. Lynn | USFWS | letter | Public comment on proposed SOA rule | 2 | 001845 |
| SOA-AR (210) | 11/21/2009 | John Arhling | USFWS | letter | Public comment on proposed SOA rule | 2 | 001847 |
| SOA-AR (211) | 11/15/2009 | Clifford Rost | USFWS | letter | Public comment on proposed SOA rule | 3 | 001850 |
| SOA-AR (212) | 1/14/2010 | | | Federal Register document | Published Federal Register proposed rule reopening of comment period and notice of public hearing. | 3 | 001853 |
| SOA-AR (213) | 2/4/2010 | Jason Derek Hale | USFWS | Public Submission | Public comment on proposed SOA rule | 1 | 001856 |
| SOA-AR (214) | 1/19/2010 | Dave Risley | USFWS | letter | Montana Fish Wildlife and Parks comments on proposed rule | 2 | 001857 |
| SOA-AR (215) | 1/20/2010 | David Maynard | USFWS | letter | Public comment on proposed SOA rule | 1 | 001859 |
| SOA-AR (216) | 1/20/2010 | Kristine Maynard | USFWS | letter | Public comment on proposed SOA rule | 2 | 001860 |
| SOA-AR (217) | 1/23/2010 | David and Neva Walden | USFWS | letter | Public comment on proposed SOA rule | 1 | 001862 |
| SOA-AR (218) | 1/29/2010 | Jeffry R. Vonk | USFWS | letter | South Dakota Game, Fish, and Parks comments on proposed rule | 1 | 001863 |
| SOA-AR (219) | 2/12/2010 | Kathryn Patricia Rost | USFWS | Public Submission | Public comment on proposed SOA rule | 1 | 001864 |
| SOA-AR (220) | 2/12/2010 | Charlie H. Gilpin | USFWS | Public Submission | Public comment on proposed SOA rule | 1 | 001865 |
| SOA-AR (221) | 2/4/2010 | Sylvia M. Fallon | USFWS | letter | Public comment on proposed SOA rule | 3 | 001866 |
| SOA-AR (222) | 1/13/2010 | Terry McNew | USFWS | letter | Public comment on proposed SOA rule | 1 | 001869 |
| SOA-AR (223) | 1/31/2010 | Clifford Rost | USFWS | letter | Public comment on proposed SOA rule | 3 | 001870 |
| SOA-AR (224) | 1/31/2010 | Allen Rost | USFWS | letter | Public comment on proposed SOA rule | 1 | 001873 |
| SOA-AR (225) | unknown | Loren Strops | USFWS | letter | Public comment on proposed SOA rule | 1 | 001874 |

| | Administrative Record: ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR<br>Civil Case : No.: 10-01642-RMC  (Shovelnose sturgeon Similarity of Appearance) | | | | | | |
|---|---|---|---|---|---|---|---|
| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
| SOA-AR (226) | 2/3/2010 | Cliff Rost | USFWS | letter | Public comment on proposed SOA rule | 3 | 001875 |
| SOA-AR (227) | 2/4/2010 | Sylvia M. Fallon | USFWS | letter | Public comment on proposed SOA rule (duplicate of SOA-AR (221)) | 3 | 001878 |
| SOA-AR (228) | 1/27/2010 | Henry Rockhold | USFWS | letter | Public comment on proposed SOA rule | 2 | 001881 |
| SOA-AR (229) | unknown | Stacy Gilpin | USFWS | letter | Public comment on proposed SOA rule | 2 | 001883 |
| SOA-AR (230) | 1/18/2010 | Henry Rockhold | USFWS | letter | Public comment on proposed SOA rule | 1 | 001885 |
| SOA-AR (231) | 12/15/2009 | Seth Willey | George Jordan and others | email | confirmation of missing comment being uploaded into FDMS. | 10 | 001886 |
| SOA-AR (232) | 3/2/2010 | Jennifer Jandris | George Jordan and others | email | confirmation of missing comment being uploaded into FDMS. | 4 | 001896 |
| SOA-AR (233) | 9/2/2010 | CRA Rules | Marry Klee and others | email | Final Rule To List The Shovelnose Sturgeon As Threatened Due To Similarity of Appearance (Docket No. FWS–R6–ES–2009–0027) Will Publish In The Federal Register On 09-01-2010 | 1 | 001900 |
| SOA-AR (234) | 3/25/2010 | Seth Willey | George Jordan and others | email and attachments | First draft shovelnose SOA final rule | 49 | 001901 |
| SOA-AR (235) | 3/30/2010 | Greg Conover | George Jordan | email | Commercial Harvest information | 1 | 001950 |
| SOA-AR (236) | 4/26/2010 | David Walther | George Jordan and others | email and attachments | | 41 | 001951 |
| SOA-AR (237) | 4/26/2010 | Paul Hartfield | George Jordan and others | email and attachments | Review and comment on first draft shovelnose SOA final rule | 52 | 001992 |
| SOA-AR (238) | 4/26/2010 | Paul Hartfield | George Jordan and others | email and attachments | Review and comment on first draft shovelnose SOA final rule | 52 | 002044 |
| SOA-AR (239) | 5/4/2010 | Seth Willey | George Jordan | email and attachments | Review and comment on draft shovelnose SOA final rule | 40 | 002096 |
| SOA-AR (240) | 5/10/2010 | Seth Willey | George Jordan | email and attachments | Draft shovelnose SOA final rule 5-10-2010 | 36 | 002136 |
| SOA-AR (241) | 5/18/2010 | Seth Willey | George Jordan | email and attachments | Comments on draft shovelnose SOA final rule 5-10-201 | 25 | 002172 |
| SOA-AR (242) | 5/19/2009 | Seth Willey | Debby Crouse and others | email and attachments | Request for review and comments on draft SOA rule 5-18-2010 | 36 | 002197 |
| SOA-AR (243) | 6/3/2010 | Warren Buhl | Seth Willey and others | Email | Law enforcement review and comments on draft SOA rule | 2 | 002233 |
| SOA-AR (244) | 6/9/2010 | Kelly Bibb | Seth Willey and others | email and attachments | Region 4 review and comments on draft SOA rule | 36 | 002235 |
| SOA-AR (245) | 6/10/2010 | Debby Crouse | Paul Abate and others | email and attachments | Comments on draft SOA rule  v 5-18-2010 | 25 | 002271 |
| SOA-AR (246) | 6/18/2010 | Bekee Hotze | George Jordan and others | email and attachments | Draft SOA rule  v 6.17.10 | 36 | 002306 |
| SOA-AR (247) | 6/22/2010 | Bekee Hotze | Debby Crouse and others | email and attachments | Responses to comments on draft SOA final rule | 71 | 002342 |

| | Administrative Record: **ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR** | | | | | | |
|---|---|---|---|---|---|---|---|
| | Civil Case : No.: 10-01642-RMC (Shovelnose sturgeon Similarity of Appearance) | | | | | | |
| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
| SOA-AR (248) | 6/23/2010 | Bekee Hotze | Debby Crouse and others | email and attachments | Final draft SOA rule v 6.23.10 | 41 | 002413 |
| SOA-AR (249) | 7/8/2010 | Seth Willey | George Jordan | email and attachments | Draft 4(i) letter to Wyoming | 3 | 002454 |
| SOA-AR (250) | 7/1/2010 | Bekee Hotze | George Jordan and others | email and attachments | Draft 4(i) letters to Missouri, Illinois, and Wyoming | 11 | 002457 |
| SOA-AR (251) | 7/8/2010 | Diane Katzenberger | Sarena Selbo and others | email and attachments | Shovelnose sturgeon SOA listing outreach | 12 | 002468 |
| SOA-AR (252) | 7/13/2010 | Seth Willey | Debby Crouse and others | email and attachments | Final draft SOA rule v 7.12.10, Wyoming 4(I) letter, surname block | 49 | 002480 |
| SOA-AR (253) | 7/16/2010 | Regional Director, Region 3 | Regional Director, Region 6 | Memorandum | Concurrence on final rule | 1 | 002529 |
| SOA-AR (254) | 8/6/2010 | Regional Director, Southeast Region | Regional Director, Mountain Prairie Region | Memorandum | Concurrence on final rule | 1 | 002530 |
| SOA-AR (255) | 8/9/2010 | Debby Crouse | Seth Willey and George Jordan | Email and attachments | Edits on final rule v 8.09.10 | 37 | 002531 |
| SOA-AR (256) | 8/23/2010 | unknown | unknown | Signature pages | Surname and approval of SOA rule | 2 | 002568 |
| SOA-AR (257) | 8/27/2010 | Debby Crouse | Endangered Species-RO Listing & Recovery List | Email and attachments | Final rule to treat shovelnose sturgeon as a threatened species due to similarity of appearance with endangered pallid sturgeon was sent to the Federal Register today | 36 | 002570 |
| SOA-AR (258) | 8/30/2010 | Diane Katzenberger | George Jordan and others | Email and attachments | Shovelnose Sturgeon DRAFT outreach material | 12 | 002606 |
| SOA-AR (259) | 9/1/2010 | | | Federal Register Notice | Final rule | 9 | 002618 |
| SOA-AR (260) | 9/2/2010 | rules @gao.gov | Mary Clee and others | email | Congressional review act | 1 | 002627 |
| SOA-AR (261) | 9/2/2010 | rules @gao.gov | Mary Clee and others | email attachment | Congressional review act form | 2 | 002628 |
| | Reverences considered and/or cited in the final SOA rule | | | | | | |
| SOA-AR (262) | | | | Federal Register Notice | 55 FR 36641-36647; Final Rule determination of Endangered status for pallid sturgeon | 7 | 002630 |
| SOA-AR (263) | | | | reference cited | Bailey, R. M. and F. B. Cross. 1954. River sturgeons of the American genus Scaphirhynchus: Characters, distribution, and synonymy. Papers of the Michigan Academy of Science, Arts, and Letters 39:169-208. | 40 | 002637 |
| SOA-AR (264) | | | | reference cited | Bardi, U., and L. Yaxley. 2005. Proceedings of the 4th ASPO conference, Lisbon. | 2 | 002677 |

| | Administrative Record: **ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR** <br> Civil Case : No.: 10-01642-RMC  (Shovelnose sturgeon Similarity of Appearance) | | | | | | |
|---|---|---|---|---|---|---|---|
| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
| SOA-AR (265) | | | | reference cited | Bettoli, P.W., M. Casto-Yerty, G.D. Scholten, and E. J. Heist.  2009.  Bycatch of the endangered pallid sturgeon (Scaphirhynchus albus) in a commercial fishery for shovelnose sturgeon (Scaphirhynchus platorynchus).  Journal of Applied Ichthyology.  25 (2009), 1–4. | 4 | 002679 |
| SOA-AR (266) | | | | reference cited | Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES).  2005.  Export quotas for specimens of Acipenseriformes species included in Appendix II for 2005. | 11 | 2683 |
| SOA-AR (267) | | | | reference cited | Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES).  2006.  Export quotas for specimens of Acipenseriformes species included in Appendix II for 2006. | 15 | 002694 |
| SOA-AR (268) | | | | reference cited | Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES).  2007.  Export quotas for specimens of Acipenseriformes species included in Appendix II for 2007. | 11 | 002709 |
| SOA-AR (269) | | | | reference cited | Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES).  2008.  Export quotas for specimens of Acipenseriformes species included in Appendix II for 2008. | 14 | 002720 |
| SOA-AR (270) | | | | reference cited | Colombo, R.E., J.E. Garvey, N.D. Jackson, R. Brooks, D.P. Herzog, R.A. Hrabik, and T.W. Spier.  2007.  Harvest of Mississippi River sturgeon drives abundance and reproductive success: a harbinger of collapse? Journal of Applied Ichthyology. 23:444-451. | 8 | 002734 |
| SOA-AR (271) | 8/21/2008 | Mary Curtis | George Jordan and others | Email | Curtis, M.  2008.  U.S. Fish and Wildlife Service.  Subject: Re: Genetic questions on species ID (pallid vs. shovelnose).  Dated August 21, 2008.  Received by the U.S. Fish and Wildlife Service, Montana Field Office, Pallid Sturgeon Coordinator, August 21, 2008. | 3 | 002742 |

| | Administrative Record: **ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR** Civil Case : No.: 10-01642-RMC  (Shovelnose sturgeon Similarity of Appearance) | | | | | | |
|---|---|---|---|---|---|---|---|
| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
| SOA-AR (272) | 12/23/2009 | Bruce Drecktrah | George Jordan | Email | Drecktrah, B. 2009.  Missouri Department of Conservation.  Subject: Fork lengths of pallid sturgeon spawned at Blind Pony Hatchery.  Dated December 23, 2009.  Received by the U.S. Fish and Wildlife Service, Pallid Sturgeon Coordinator, December 23, 2009. | 1 | 002745 |
| SOA-AR (273) | | | | reference cited | FAO Fisheries Circular.  2004.  No. 990. Rome, FAO. 2004. 186 p. | 50 | 002746 |
| SOA-AR (274) | | | | reference cited | Forbes, S.A., and R.E. Richardson.  1905.  On a new shovelnose sturgeon from the Mississippi River.  Bulletin of the Illinois State Laboratory of Natural History 7:37-44 | 11 | 002796 |
| SOA-AR (275) | | | | reference cited | MICRA Executive board report on sturgeon management | 50 | 002807 |
| SOA-AR (276) | 2/23/2010 | David Hendrix | George Jordan and other | Email | Fork Lengths for Female Broodfish spawned at Neosho NFH and anticipated females to spawn in 2010 | 2 | 002857 |
| SOA-AR (277) | 2/22/2010 | Dave Herzog | David Hendrix and other | Email | Herzog, D. 2009.  Missouri Department of Conservation.  Subject: Fork Lengths for Female Broodfish spawned at Neosho NFH and anticipated females to spawn in 2010.  Dated February 22, 2010.  Received by the U.S. Fish and Wildlife Service, Pallid Sturgeon Coordinator, February 22, 2010. | 1 | 002859 |
| SOA-AR (278) | | | | reference cited | Illinois.  2007.  Illinois Administrative Code Title 17, Chapter 1, Subchapter b, Part 830 Commercial fishing and musseling in certain waters of the State.  State of Illinois. Springfield, Illinois. | 13 | 002860 |
| SOA-AR (279) | | | | reference cited | Illinois.  2008.  2008 Illinois fishing regulations.  Illinois Department of Natural Resources. Springfield, Illinois. | 72 | 002873 |
| SOA-AR (280) | | | | reference cited | Illinois Department of Natural Resources (DNR). 2009.  Letter to Public Comments Processing regarding comments on proposed similarity of appearance listing. Docket ID: FWS-R6-ES-2009-0027-0012. | 22 | 002945 |
| SOA-AR (281) | | | | reference cited | Kallemeyn, L.  1983.  Status of the pallid sturgeon Scaphirhynchus albus.  Fisheries 8(1):3-9. | 7 | 002967 |

| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
|---|---|---|---|---|---|---|---|
| | | | Administrative Record: **ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR** Civil Case : No.: 10-01642-RMC  (Shovelnose sturgeon Similarity of Appearance) | | | | |
| SOA-AR (282) | | | | reference cited | Keenlyne, K.D., and L.G. Jenkins.  1993.  Age at sexual maturity of the pallid sturgeon.  Transactions of the American Fisheries Society 122:393-396. | 4 | 002974 |
| SOA-AR (283) | | | | reference cited | Kentucky.  2008.  Kentucky Administrative Regulations Title 301.  Frankfort, Kentucky. | 2 | 002978 |
| SOA-AR (284) | | | | reference cited | Killgore, K.J., J.J. Hoover, J.P. Kirk, S.G. George, B.R. Lewis, and C.E. Murphy.  2007.  Age and growth of pallid sturgeon in the free-flowing Mississippi River.  Journal of Applied Ichthyology 23:452-456. | 5 | 002980 |
| SOA-AR (285) | | | | reference cited | Koch, J. D., M. C. Quist, C. L. Pierce, K. A. Hansen, and M. J. Steuck. 2009. Effects of commercial harvest on shovelnose sturgeon populations in the Upper Mississippi River. North American Journal of Fisheries Management 29:84-100. | 17 | 002985 |
| SOA-AR (286) | | | | reference cited | Kuhajda, B.R., R.L. Mayden, and R.M. Wood.  2007.  Morphological comparisons of hatchery reared specimens of Scaphirhynchus albus, S. Platorynchus, and S. albus x S. platorynchus hybrids (Acipenseriformes: Acipenseridae).  Journal of Applied Ichthyology 23:324-327. | 24 | 003002 |
| SOA-AR (287) | | Rob Maher | George Jordan | email | Maher, R.  2008.  Illinois Department of Natural Resources, Commercial Fishing Program.  Subject: Re: Reported harvest for shovelnose.  Dated September 16, 2008.  Received by the U.S. Fish and Wildlife Service, Montana Field Office, Pallid Sturgeon Coordinator, September 16, 2008. | 3 | 0030026 |
| SOA-AR (288) | | | | reference cited | Maher, R., P. Rister, and V. Travnichek. 2009. Field Identification of Mississippi River Basin Sturgeon. Report to Mississippi Interstate Cooperative Resource Association. 17. pp | 18 | 0030029 |
| SOA-AR (289) | | | | reference cited | Missouri.  2008.  Missouri Code of State Regulations. Rules of Department of Conservation, Division 10 Chapter 10.  Jefferson City, Missouri. | 22 | 003047 |

| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
|---|---|---|---|---|---|---|---|
| | | | Administrative Record: **ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR** Civil Case : No.: 10-01642-RMC  (Shovelnose sturgeon Similarity of Appearance) | | | | |
| SOA-AR (290) | | | | reference cited | Murphy, C.E., J.J. Hoover, S.G. George, and K.J. Killgore. 2007. Morphometric variation among river sturgeon (Scaphirhynchus spp.) of the Middle and Lower Mississippi River. Journal of Applied Ichthyology 23:313-323. | 11 | 003069 |
| SOA-AR (291) | | | | reference cited | Ricker, W. E., 1975: Computation and interpretation of biological statistics of fish populations. Bull. Fish. Res. Board Can. 1975, 382 pp. | 11 | 003081 |
| SOA-AR (292) | 8/28/2008 | George Scholten | George Jordan | reference cited | Scholten, G. 2008a. Tennessee Wildlife Resources Agency. Subject: Fwd: Re: Sturgeon harvest data. Dated August 28, 2008. Received by the U.S. Fish and Wildlife Service, Montana Field Office, Pallid Sturgeon Coordinator, August 28, 2008. | 2 | 003091 |
| SOA-AR (293) | 9/12/2008 | George Scholten | George Jordan | reference cited | Scholten, G. 2008b. Tennessee Wildlife Resources Agency. Subject: Sturgeon harvest data. Dated September 12, 2008. Received by the U.S. Fish and Wildlife Service, Montana Field Office, Pallid Sturgeon Coordinator, September 12, 2008. | 3 | 003093 |
| SOA-AR (294) | | | | reference cited | Schrey, A. W. 2007. Discriminating pallid sturgeon (Scaphirhynchus albus) and shovelnose sturgeon (S. Platorynchus) and intraspecific geographical variation based on genetic and morphological characters. PhD dissertation. Southern Illinois University, Carbondale. | 239 | 003096 |
| SOA-AR (295) | | | | reference cited | Sheehan, R.L., R.C. Heidinger, K.L. Hurley, P.S. Wills, and M.A. Schmidt. 1997. Middle Mississippi River pallid sturgeon habitat use project: year 2 annual progress report. Fisheries Research Laboratory and Department of Zoology, Southern Illinois University, Carbondale. | 4 | 003335 |
| SOA-AR (296) | | | | reference cited | Tennessee. 2008. Tennessee Wildlife Resources Commission Proclamation 08-01: Statewide Proclamation on the commercial taking of fish and turtles. Nashville, Tennessee. | 8 | 003339 |

| Document No. | Date | Sender | Recipient | Document Type | Description | Number of Pages | Bates No. |
|---|---|---|---|---|---|---|---|
| | | | | | Administrative Record: **ILLINOIS COMMERCIAL FISHING ASSOCIATION, ET AL., : and : OTHER SIMILARLY SITUATED INDIVIDUALS V. SALAZAR** Civil Case : No.: 10-01642-RMC  (Shovelnose sturgeon Similarity of Appearance) | | |
| SOA-AR (297) | 9/3/2008 | Vince Travnichek | George Jordan | reference cited | Travnichek, V.  2008.  Missouri Department of Conservation.  Subject: Re: Missouri shovelnose harvest data.  Dated September 3, 2008.  Received by the U.S. Fish and Wildlife Service, Montana Field Office, Pallid Sturgeon Coordinator, September 3, 2008. | 2 | 003347 |
| SOA-AR (298) | | | | reference cited | Tripp, S. J., R. E. Colombo, and J. E. Garvey. 2009. Declining recruitment and growth of shovelnose sturgeon in the Middle Mississippi River: Implications for conservation. Transactions of the American Fisheries Society 138:416-422. | 7 | 003349 |
| SOA-AR (299) | | | | reference cited | U.S. Fish and Wildlife Service (Service).  1993.  Recovery plan for the pallid sturgeon (Scaphirhynchus albus).  U.S. Fish and Wildlife Service, Denver, Colorado. | 64 | 003356 |
| SOA-AR (300) | | | | reference cited | U.S. Fish and Wildlife Service (Service).  2007.  Pallid sturgeon (Scaphirhynchus albus) 5-year review summary and evaluation. U.S. Fish and Wildlife Service. Billings, Montana. | 120 | 003420 |
| SOA-AR (301) | | | | reference cited | Williamson, D.F.  2003.  Caviar and Conservation: Status, Management and Trade of North American Sturgeon and Paddlefish.  TRAFFIC North America. Washington, D.C., World Wildlife Fund. | 252 | 003540 |
| SOA-AR (302) | | | | reference cited | Wills P. S., R. J. Sheehan, P. Heifinger, and B. Sloss. 2002. Differentiation of pallid sturgeon and shovelnose sturgeon using an index based on meristic and morphometrics, pages 249-258 In American Fisheries Society symposium 28. | 10 | 003792 |